UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.  5:12-cv-1458-JST (AJWx)            Date:  September 24, 2012

Title:  The Grass Hopper, Inc. v. City of Cathedral City

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Dwayne Roberts | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT, CASE NO. RIC1212146**

      Plaintiff The Grass Hopper, Inc. ("Plaintiff") filed a Complaint against Defendant in Riverside County Superior Court on August 9, 2012, case number RIC1212146. (Notice of Removal ("Notice") Ex. B, Doc 1.)  On August 29, 2012, Defendant removed this action on the basis of subject-matter jurisdiction pursuant to 28 U.S.C. § 1331. (Notice ¶ 5.)  Defendant argues that a federal question arises because the Controlled Substances Act, 21 U.S.C. § 801 et seq., preempts California law on the basis of obstacle preemption.  (Notice ¶¶ 11-15.)  On September 10, 2012, this Court issued an Order, requiring Defendant to show cause why this case should not be remanded for lack of subject-matter jurisdiction.  (Doc. 8.)  The Court further ordered that a failure to respond by September 21, 2012, would result in remand.  (*Id.*)  To date, Defendant has not filed a response.  Accordingly, the Court concludes that it lacks subject-matter jurisdiction and REMANDS this case to Riverside County Superior Court, case number RIC1212146.

                                                   Initials of Preparer:  ___dr__